IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LINDA MARIE COLON,<br><br>　　　　*Plaintiff,*<br><br>vs.<br><br>GOLDMAN SACHS BANK USA,<br><br>　　　　*Defendant.* | §<br>§<br>§　　SA-23-CV-00813-JKP<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## **ORDER**

Before the Court is the above-styled cause of action, which was referred to the undersigned for all non-dispositive pretrial proceedings [#5]. On January 19, 2024, the parties filed a Joint Stipulation to Arbitration and to Stay Action [#19], by which they inform the Court that they agree to submit all the claims at issue in this case to binding arbitration pursuant to an arbitration agreement in the governing contract and to stay all judicial proceedings pending the conclusion of the arbitration. In light of the parties' stipulation,

**IT IS HEREBY ORDERED** that all of Plaintiff's claims against Defendant are hereby **COMPELLED** to arbitration.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant are hereby **STAYED** pending the completion of the arbitration.

**IT IS FURTHER ORDERED** that the parties file a quarterly advisory regarding the status of the arbitration, with the first advisory due on **April 22, 2024**.

**IT IS SO ORDERED.**

SIGNED this 23rd day of January, 2024.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE